CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
NOV 23 2015
JULIA C. DUDLEY, CLERK
BY: [signature]
DEPUTY CLERK

# UNITED STATES DISTRICT COURT

for the
Western District of Virginia

United States of America
v.
SHEIK NAIEEM TRICE

Date of Previous Judgment: October 3, 2014
*(Use Date of Last Amended Judgment if Applicable)*

Case No.: 7:13CR00034-01
USM No: 23902-050
Wayne D. Inge
Defendant's Attorney

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☑ DENIED. ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of ______ months **is reduced to** ______.

**I. COURT DETERMINATION OF GUIDELINE RANGE** *(Prior to Any Departures)*

Previous Offense Level: ______
Criminal History Category: ______
Previous Guideline Range: ______ to ______ months

Amended Offense Level: ______
Criminal History Category: ______
Amended Guideline Range: ______ to ______ months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**

☐ The reduced sentence is within the amended guideline range.

☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

☐ Other *(explain)*:

**III. ADDITIONAL COMMENTS**

See attached memorandum opinion.

Except as provided above, all provisions of the judgment dated October 3, 2014 shall remain in effect.

**IT IS SO ORDERED.**

Order Date: November 23, 2015

[signature]
*Judge's signature*

Effective Date: ______
*(if different from order date)*

Hon. Glen E. Conrad, Chief U.S. District Judge
*Printed name and title*